RHONDA LONG, ESQ.
Nevada Bar No.: 10921
LAW OFFICE OF LEE J. GRANT, II
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone: 702-233-9303
E-mail: rhlong@geico.com
Attorney for Defendant,
GLENN WILLIAM MURPHY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPHINE DI VINCENZO,<br><br>        Plaintiff,<br>vs.<br><br>SOLOMON WOJI DENBEL; WHITTLESEA BLUE CAB COMPANY, a Nevada corporation; GLENN WILLIAM MURPHY; DOES I-X, inclusive; ABC CORPORATIONS, inclusive; and, XYZ PARTNERSHIPS, inclusive,<br><br>        Defendants. | Case No.:  2:19-cv-01994-JAD-VCF<br><br>**<u>STIPULATION AND ORDER TO DISMISS CLAIMS AGAINST DEFENDANT GLENN WILLIAM MURPHY, *ONLY*</u>**<br><br>ECF No. 27 |

       IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for parties, that any and all claims in the above-entitled action be dismissed with prejudice

/ / /

/ / /

/ / /

/ / /

/ / /

1

against Defendant Glenn William Murphy, *ONLY*, and that an Order be entered into accordingly, each party to bear their own attorneys' fees and costs.

DATED this 27th day of May 2020.   DATED this 27th day of May 2020.

By:  */s/Rhonda Long*   By:  */s/Denise Bradshaw*
Rhonda Long, Esq.   Denise A. Bradshaw, Esq.
Nevada Bar No. 10921   Nevada Bar No. 10521
8345 West Sunset Road, Suite 250   603 Pine Street
Las Vegas, NV 89113   Elko, Nevada 89801
*Attorney for Defendant*   *Attorney for Plaintiff*
*Glenn William Murphy*

DATED this 27th day of May 2020.   DATED this 27th day of May 2020.

By: */s/ Mark Trafton*   By: */s/ Todd Weiss*
Mark E. Trafton, Esq.   John H. Cotton, Esq.
Nevada Bar No. 6525   Nevada Bar No. 5628
1900 Industrial Road   Todd M. Weiss, Esq.
Las Vegas, Nevada 89102   Nevada Bar No. 14130
*Attorney for Defendants*   7900 W. Sahara Avenue #200
*Solomon Woji Denbel and*   Las Vegas, Nevada 89117
*Whittlesea Blue Cab Company*   *Attorneys for Defendants*
  *Solomon Woji Denbel and*
  *Whittlesea Blue Cab Company*

## ORDER

Based on the parties' stipulation **[ECF No. 27]** and good cause appearing, IT IS HEREBY ORDERED that **all claims against Defendant Glenn William Murphy are DISMISSED** with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 27, 2020

2