**SAO**
JOHN H. COTTON, ESQ.
Nevada Bar Number 5268
jhcotton@jhcottonlaw.com
TODD M. WEISS, ESQ.
Nevada Bar Number 14130
tweiss@jhcottonlaw.com
JOHN H. COTTON & ASSOCIATES, LTD.
7900 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
Telephone: (702) 832-5909
Facsimile: (702) 832-5910

MARK E. TRAFTON, ESQ.
Nevada Bar Number 6525
mark@belltransportation.com
1900 Industrial Rd.
Las Vegas, NV 89102
*Attorneys for Defendants*
*Solomon Woji Denbel and*
*Whittlesea Blue Cab Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPHINE DI VINCENZO<br><br>              Plaintiffs,<br><br>vs.<br><br>SOLOMON WOJI DENBEL; WHITTLESEA BLUE CAB COMPANY, a Nevada corporation; GLENN WILLIAM MURPHY; DOES I-X, inclusive; ABC CORPORATIONS, inclusive; and XYZ PARTNERSHIPS, inclusive<br><br>              Defendants. | **CASE NO.:** 2:19-CV-01994-JAD-VCF<br><br>**Order Adopting Report and Recommendation and Remanding Action to State Court**<br><br>ECF Nos. 29, 30 |

IT IS HEREBY STIPULATED AND AGREED, by all parties, by and through their respective counsel of record, to remove this matter to the Eighth Judicial District Court of Clark County, NV and to stay all present discovery deadlines pending issuance of a new discovery calendar.

.

### A.    INTRODUCTION AND BACKGROUND

This matter concerns alleged personal injury damages sustained by Plaintiff Josephine Divencenzo following a motor vehicle accident which occurred in Las Vegas, NV on or about October 7, 2017. The parties remaining in this action are Ms. Di Vincenzo, a citizen and resident of Canada, Solomon Woji Denbel, a resident of Clark County, NV, and Whittlesea Blue Cab Company, a Nevada corporation licensed and authorized to do business in Clark County, NV. This matter was previously assigned to the Eighth Judicial District Court of Clark County, NV before being removed to the Federal District Court of Nevada on or about November 15, 2019, by Glenn William Murphy, who is now dismissed from this action after an Order of Good Faith Settlement. This matter has proceeded in this Court since that time.

### B.    ARGUMENT

The remaining parties in this matter are now in agreement and wish to have this matter removed back to the Eighth Judicial District Court for the remainder of discovery, trial and final resolution. As this matter concerns multiple local parties and events that primarily occurred here in Clark County, NV, the Eighth Judicial District Court has sufficient jurisdiction of this matter and would be a proper venue. Further, there are multiple upcoming discovery deadlines in this matter, including initial expert witness disclosures and designations due in June 2020 and a close of discovery in August 2020. Several factors make the current deadlines untenable, including the recent dismissal of previous defendant Glenn William Murphey, this request for removal to a new venue, and the need to take additional pertinent depositions prior to the close of discovery, among others. Attempts to complete these tasks in accordance with the current deadlines have been significantly complicated by the ongoing national health crisis caused by the COVID-19 pandemic. Given that the Eighth Judicial District Court will soon be taking jurisdiction of this

.

matter, the parties believe it would be most appropriate to stay all current discovery deadlines until that court can issue a new discovery order with all of these factors and remaining case needs taken into consideration.

### C. CONCLUSION

For all the reasons discussed above, we the undersigned, stipulate and agree to the removal of this matter from the present Nevada District Federal Court to the Eighth Judicial District Court of Clark County, NV (EJD), as well as the staying of all present discovery deadlines pending the issuance of a new discovery scheduling order from the EJD.

**IT IS SO STIPULATED.**

**JOHN H. COTTON & ASSOCIATES, LTD.**
*/s/ John H. Cotton*
_____     DATED:_05-27-2020_____
JOHN H. COTTON. ESQ.
Nevada Bar No.: 5268
TODD M. WEISS, ESQ.
Nevada Bar No.: 14130
MARK E. TRAFTON, ESQ.
Nevada Bar No.: 6525
*Attorneys for Defendants*

**BRADSHAW LAW, LLC**

*/s/ Denise Bradshaw* _____     DATED: 05-27-2020____
DENISE BRADSHAW, ESQ.
Nevada Bar No. 10521
603 Pine St.
Elko, NV 10521
*Attorney for Plaintiffs*

**ORDER**

Based on the parties' stipulation [ECF No. 29] and the magistrate judges' report & recommendation [ECF No. 30], to which no objections were filed, IT IS HEREBY ORDERED that the report and recommendation [**ECF No. 30] is ADOPTED** in full, and **the Clerk of Court is directed to REMAND THIS ACTION back to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-19-800961-C, Dept. 14, and CLOSE THIS CASE.**

_____
U.S. District Judge     6-23-2020